**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARTURO GARCIA;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AmGUARD INSURANCE COMPANY a Foreign Limited Liability Company licensed to do business in the State of Nevada; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>　　　　Defendants. | 2:22-cv-01633-ART-VCF<br><br>**ORDER GRANTING**<br>**JOINT MOTION TO SUSPEND**<br>**DEADLINES** |

　　　　After considering Plaintiff Arturo Garcia and Defendant AmGuard Insurance Company's Notice of Settlement and Joint Motion to Suspend Deadlines (ECF No. 5), the Court finds that the motion should be GRANTED.

　　　　Therefore, all pending deadlines in this action are hereby suspended. The parties shall file a Joint Stipulation of Dismissal within 30 days of the date of this Order.

　　　　It is so ORDERED.

　　　　SIGNED this 4th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. ANNE R. TRAUM

276137578v.3