I-Che Lai
Nevada Bar No. 012247
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Phone: (702) 727-1400 | Fax: (702) 727-1401
I-Che.Lai@WilsonElser.com
*Attorneys for Defendant*
*AmGuard Insurance Company*

Rodolfo Gonzalez, Esq.
Nevada Bar No. 012751
GONZALEZ & FLORES LAW FIRM
879 N. Eastern Ave.
Las Vegas, Nevada 89101
Phone: (702) 778-3030
Fax: (702) 920-8657
RodolfoGonzalezLaw@gmail.com
*Attorneys for Plaintiff*
*Arturo Garcia*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARTURO GARCIA;<br><br>        Plaintiff,<br><br>vs.<br><br>AmGUARD INSURANCE COMPANY a Foreign Limited Liability Company licensed to do business in the State of Nevada; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>        Defendants. | 2:22-cv-01633-ART-VCF<br><br>**AGREED MOTION TO EXTEND**<br>**ANSWER DEADLINE** |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ANNE R. TRAUM:

      Plaintiff Arturo Garcia ("Plaintiff") and Defendant AmGuard Insurance Company ("AmGuard") file this Agreed Motion to Extend Answer Deadline, respectfully requesting this Court allow the parties until October 17, 2022 to either file a notice of settlement with the Court or for Defendant to Answer the Complaint, and in support thereof, state as follows:

**AGREED MOTION TO EXTEND ANSWER DEADLINE**                                                                                               **PAGE 1**

276104940v.2

1. On September 26, 2022, AmGuard removed this matter from the District Court of Clark County, Nevada, to the United States District Court for the District of Nevada (Dkt. 1). AmGuard's current Answer deadline is October 3, 2022.

2. The parties are actively engaged in settlement negotiations and have made substantial progress towards settling this matter without the need for further litigation. The parties are working diligently to achieve settlement without the need for additional costs and expenses of further litigation, and believe settlement may be achieved before October 17, 2022.

3. For these reasons, the parties jointly request that the Court extend AmGuard's Answer deadline until October 17, 2022, by which date the parties will either file notice of settlement or AmGuard will answer the Complaint.

4. This agreement does not preclude Plaintiff from filing a motion to remand the case to State Court.

Dated: September 30, 2022                Respectfully submitted,

**WILSON, ELSER MOSKOWITZ,**
**EDELMAN & DICKER, LLP**

By:  */s/I-Che Lai*
   I-Che Lai
   Nevada Bar No. 012247
   300 South Fourth Street, 11th Floor
   Las Vegas, Nevada 89101
   Phone: (702) 727-1400 | Fax: (702) 727-1401
   I-Che.Lai@WilsonElser.com
   *Attorneys for Defendant*
   *AmGuard Insurance Company*

-AND-

**GONZALEZ & FLORES LAW FIRM**

By: /s/ Rodolfo Gonzalez
   Rodolfo Gonzalez, Esq.
   Nevada Bar No. 012751
   879 N. Eastern Ave.
   Las Vegas, Nevada 89101
   Phone: (702) 778-3030
   Fax: (702) 920-8657
   RodolfoGonzalezLaw@gmail.com
   *Attorneys for Plaintiff Arturo Garcia*

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on September 30, 2022, I served a true and correct copy of the foregoing **AGREED MOTION TO EXTEND ANSWER DEADLINE** as follows:

- ☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

- ☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

- ☐ via hand-delivery to the addressees listed below; and/or

- ☐ via facsimile; and/or

- ☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m. (PST/PDT).

By: */s/Annemarie Gourley*
    An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

**AGREED MOTION TO EXTEND ANSWER DEADLINE**                                    **PAGE 3**

276104940v.2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ARTURO GARCIA;

    Plaintiff,

vs.

AmGUARD INSURANCE COMPANY a Foreign Limited Liability Company licensed to do business in the State of Nevada; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,

    Defendants.

2:22-cv-01633-ART-VCF

**ORDER GRANTING**
**AGREED MOTION TO EXTEND**
**ANSWER DEADLINE**

After considering Plaintiff Arturo Garcia and Defendant AmGuard Insurance Company's Agreed Motion to Extend Answer Deadline, the Court finds that the motion should be GRANTED.

The Court orders that Defendant AmGuard Insurance Company's deadline to Answer the Complaint is October 17, 2022.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

    10-6-2022
DATED _____

276104940v.2