**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARTURO GARCIA;<br><br>              Plaintiff,<br><br>vs.<br><br>AmGUARD INSURANCE COMPANY a Foreign Limited Liability Company licensed to do business in the State of Nevada; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>              Defendants. | 2:22-cv-01633-ART-VCF<br><br>**ORDER APPROVING**<br><br>**STIPULATION  FOR DISMISSAL WITH PREJUDICE** |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ANNE R. TRAUM:

        Plaintiff Arturo Garcia and Defendant AmGuard Insurance Company (collectively, the "Parties"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly file this Stipulation of Dismissal with Prejudice of the above styled action, and, in so doing, state that the Parties have reached a resolution their dispute and agree that all claims that were asserted, or could have been asserted, in this action should be dismissed with prejudice.  Each of the Parties will bear its own attorneys' fees and costs of suit incurred in this action.

/ / /

/ / /

IT IS SO STIPULATED

Dated: November 11, 2022                    Dated: November 11, 2022

**GONZALEZ & FLORES LAW FIRM**            **WILSON, ELSER MOSKOWITZ,**
                                          **EDELMAN & DICKER, LLP**

By:   */s/ Rodolfo Gonzalez*
      Rodolfo Gonzalez, Esq.              By:   */s/ I-Che Lai*
      Nevada Bar No. 012751                     I-Che Lai
      879 N. Eastern Ave.                       Nevada Bar No. 012247
      Las Vegas, Nevada 89101                   300 South Fourth Street, 11th Floor
      Phone: (702) 778-3030                     Las Vegas, Nevada 89101
      Fax: (702) 920-8657                       Phone: (702) 727-1400
      RodolfoGonzalezLaw@gmail.com              Fax: (702) 727-1401
      *Attorneys for Plaintiff*                 I-Che.Lai@WilsonElser.com
      *Arturo Garcia*                           *Attorneys for Defendant*
                                                *AmGuard Insurance Company*

## **ORDER**

Based upon the above stipulation of the parties and good cause appearing:

IT IS HEREBY ORDERED that all claims that were asserted, or could have been asserted, in this action are hereby dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs of suit incurred in this action.

IT IS SO ORDERED.

_____
Anne R. Traum
UNITED STATES DISTRICT JUDGE

DATED:   November 14, 2022